UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-249-FDW

| | |
|---|---|
| WILLIAM LUKE COUSINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KENNETH E. LASSITER, ) | |
| *Director of Prisons*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the pro se Plaintiff's letter, which this Court construes as a Motion to Refund Filing Fee. (Doc. No. 8).

In his letter, Plaintiff points out, correctly, that this Court has granted Plaintiff's *in forma pauperis* application. In light of his *in forma pauperis* status, Plaintiff states that he seeks a refund of the amount of money deducted from his prison trust account statement to pay his filing fee.

Plaintiff's motion is denied, as Plaintiff is still required to pay the full filing fee even though he is proceeding *in forma pauperis*. See 28 U.S.C. § 1915(b)(1) (stating that "if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee"). That is, under the Prison Litigation Reform Act, a prisoner who qualifies for *in forma pauperis* status is not required to pay the full filing fee of $350 when he files his lawsuit. Rather, he is allowed to pay the filing fee in installments over time. Nevertheless, a prisoner plaintiff is still required to pay the full filing fee. See 28 U.S.C. §§ 1914(a), 1915(b)(1).

1

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Motion for Refund of Filing Fee, (Doc. No. 8), is **DENIED**.

Signed: December 27, 2017

Frank D. Whitney
Chief United States District Judge